AARON D. FORD
  Attorney General
NICOLE N. TING (Bar No. 12289)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
(775) 684-1213 (phone)
(775) 684-1108 (fax)
nnting@ag.nv.gov

*Attorneys for the State of Nevada ex rel.*
*the Nevada Division of Forestry,*
*and Kacey KC, an individual*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUIS SANDOVAL, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF NEVADA *ex rel.* NEVADA DEPARTMENT OF CORRECTIONS, a State of Nevada agency; STATE OF NEVADA ex *rel.* THE STATE OF NEVADA, DIVISION OF FORESTRY, a State of Nevada agency; JEREMY BEAN, an individual; RONALD OLIVER, an individual; KACEY KC, an individual; KIMBERLY MCCOY, an individual; GILLIAN LAMBEY, an individual, MARK GALVEZ MARTINEZ, an individual; PATRICIO CORDERO, an individual; EDGAR DESANTIAGO, an individual; KENNETH WILLIAMS, an individual; DOE UTILIZATION REVIEW COMMITTEE MEMBERS, individuals; DOE CHIEF OF NURSING SERVICES, and individual; DOE DIRECTORS OF NURSING, individuals; JUSTIN MCROBERTS, an individual; DOE CHARGE NURSES, individuals; DOE PHARMACISTS, individuals; DOE PHARMACY TECHNICIANS, individuals; ELBETH ALBANA, an individual; MIRIT AVRAM, an individual; BETTY OMANDAC, an individual; SYMOUR OMANDAC, an individual; DOE PROVIDERS 1 through 11;<br><br>　　　　　Defendants. | Case No.  2:25-CV-00500-MMD-NJK<br><br><br>**ORDER GRANTING AMENDED STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING FOR DEFENDANT STATE OF NEVADA EX REL. THE NEVADA DIVISION OF FORESTRY, AND KACEY KC**<br>**(FIRST REQUEST)** |

1

Plaintiff Luis Sandoval, by and through his counsel, the law firm of LAGOMARSINO LAW, and Defendants State of Nevada *ex rel.*; Nevada Division of Forestry ("NDF") and Kacey KC, by and through their counsel, Attorney General for the State of Nevada AARON D. FORD, and Deputy Attorney General NICOLE N. TING, hereby agree and stipulate that the time to file a responsive pleading to Plaintiff's Complaint for Defendants NDF and Kasey KC is extended until **July 3, 2025**. This is the first stipulation or request for extension of this deadline.

## I. FACTS

Plaintiff filed his Complaint on March 17, 2025, in the United States District Court for the District of Nevada. The dates the Defendants were served with the Complaint and associated Summons, are noted below:

    A.    The Defendants filed a signed and agreed to an Acceptance of Service of the Complaint and Summons that was signed on May 22, 2025, and filed on May 22, 2025.

## II. STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

The Acceptance of Service Defendants State of Nevada ex rel. Nevada Division of Forestry and Kacey KC filed on May 22, 2025, set the deadline for a responsive pleading to be filed by Defendants within 30 days of that filing. 30 days from that filing is Friday June 20, 2025.

Plaintiffs and Defendants hereby agree and stipulate that the time to file a responsive pleading for Defendants State of Nevada ex rel. Nevada Division of Forestry and Kacey KC to Plaintiffs' Complaint is extended until **July 3, 2025**.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

2

### III. REASON FOR DELAY

The reason causing the need for additional time and for missing the filing deadline for filing an extension is due to excusable neglect. Counsel for NDF and Kacey KC recently had three (3) close relatives pass away causing the need to take leave from work. This has caused the need for more time in order to prepare a response to Plaintiff's Complaint.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: June 24, 2025

Submitted By:

AARON D. FORD
Attorney General

By: /s/ *Nicole N. Ting*
NICOLE N. TING, ESQ (#12289)
Deputy Attorney General
*Attorneys for the State of Nevada ex rel.*
*the Nevada Division of Forestry, and Kacey KC, an individua*

| | |
|---|---|
| DATED this 23rd day of June, 2025. | DATED this 23rd day of June, 2025. |
| AARON D. FORD<br>Attorney General | LAGOMARSINO LAW |
| By: /s/ *Nicole N. Ting*<br>NICOLE N. TING<br>Deputy Attorney General<br>Nevada Bar No. 12289<br>Office of the Nevada Attorney General<br>100 N. Carson Street<br>Carson City, Nevada 89701-4717<br>(775) 684-1213<br>nnting@ag.nv.gov<br>*Attorneys forthe State of Nevada ex rel.*<br>*the Nevada Division of Forestry, and*<br>*Kacey KC, an individual* | By: /s/ *Cristina P. Valentine*<br>ANDRE M. LAGOMARSINO, ESQ.<br>Nevada Bar No. 6711<br>CRISTINA P. VALENTINE, ESQ.<br>Nevada Bar No. 16440<br>3005 W. Horizon Ridge Pkwy. Ste 241<br>Henderson, Nevada 89502<br>aml@lagomarsinolaw.com<br>cristina@lagomarsinolaw.com<br>*Attorneys for Plaintiff Luis Sandoval* |

/ / / /

/ / / /

/ / / /

DATED this 23rd day of June, 2025.

    AARON D. FORD
    Attorney General

    By: /s/ *Rudolf M. D'Silva*
        RANDALL GILMER
        Chief Deputy Attorney General
        Nevada Bar No. 14001
        RUDOLF M. D'SILVA
        Deputy Attorney General
        Nevada Bar No. 16227
        Office of the Nevada Attorney General
        100 N. Carson Street,
        Carson City, NV 89701-4717
        (775) 684-1213
        rdsilva@ag.nv.gov
        *Attorneys for NDOC Defendants*