UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS SANDOVAL,<br><br>  Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA *ex rel.* NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Defendant(s). | Case No. 2:25-cv-00500-MMD-NJK<br><br>**ORDER** |

This is a prisoner civil rights claims in which Plaintiff is represented by counsel and brings claims sounding in deliberate indifference to medical needs. Docket No. 71. Represented prisoners with claims regarding conditions of confinement have, at times, been referred to the Court's early inmate mediation program. *See Flynn v. State of Nev.*, Case No. 2:22-cv-01753-JAD-NJK, Docket No. 53 (D. Nev. Feb. 28, 2024). In this case, the parties filed a joint discovery plan seeking special scheduling review and indicating that they are discussing mediation. Docket No. 75. No later than July 25, 2025, the parties must file a joint statement as to whether this case should be submitted to the early inmate mediation program.

IT IS SO ORDERED.

Dated: July 18, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1