# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Luis Sandoval,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>State of Nevada ex rel. Nevada Department of Corrections, et al.,<br><br>　　　　Defendant(s). | Case No. 2:25-cv-00500-MMD-NJK<br><br>**Order**<br><br>[Docket No. 110] |

Pending before the Court is a motion to withdraw as counsel for Defendant Mirit Avramfield by attorneys Keith Weaver and Alissa Bestick. Docket No. 110. For good cause shown, the motion to withdraw is **GRANTED**. Defendant Avram continues to be represented by Senior Deputy Attorney General Victoria Corey.

IT IS SO ORDERED.

Dated: December 19, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1