**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Luis Sandoval,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>State of Nevada ex rel. Nevada Department of Corrections, et al.,<br><br>　　　　Defendant(s). | Case No. 2:25-cv-00500-MMD-NJK<br><br>**Order**<br><br>[Docket No. 115] |

Pending before the Court is a stipulation to stay discovery deadlines. Docket No. 115. The stipulation explains that Plaintiff was released on parole to an "unknown release facility" and that he cannot be located by his attorneys. While the stipulation explains the efforts of Plaintiff's counsel to find Plaintiff, the stipulation does not explain why counsel for the other parties (including NDOC) have not already identified that facility. Instead, the stipulation alludes to defense counsel agreeing to assist in that effort moving forward. *See id.* at 5. This would appear to be a situation that can be resolved through cooperation by counsel. <u>The parties must file, by March 20, 2026, a joint status report as to additional steps taken to locate Plaintiff and whether Plaintiff has been found.</u>

In addition to the concern identified above, the pending request is contradictory. On the one hand, it asks for an indefinite <u>stay</u> of discovery deadlines; on the other hand, it indicates that counsel will continue with discovery in the interim. *See, e.g.*, *id.* at 9-10. If discovery is continuing, then by definition there would not be a stay. *See* Black's Law Dictionary (7th ed., 1999) (defining "stay" to mean "postponement or halting of a proceeding . . ."). Given the circumstances, the Court will not allow an indefinite stay and will provide a 30-day extension.[1]

---

[1] The Court understands counsel's concern that they are not able to precisely detail the amount of extra time needed given the circumstances. As a threshold matter, the Court trusts that cooperation between counsel should promptly result in identifying Plaintiff's release facility. At any rate, if the extension provided herein proves insufficient, an additional extension request may be filed explaining how the governing standards are met.

Accordingly, the parties' stipulation is **GRANTED** in part and **DENIED** in part.  Case management deadlines are **RESET** as follows:

- Amend pleadings/ add parties:  April 16, 2026

- Initial experts:  May 18, 2026

- Rebuttal experts:  June 15, 2026

- Discovery cutoff:  July 15, 2026

- Dispositive motions:  August 17, 2026

- Joint proposed pretrial order:  September 14, 2026, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: March 13, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2