**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Luis Sandoval,

Plaintiff(s),

v.

State of Nevada ex rel. Nevada Department of Corrections, et al.,

Defendant(s).

Case No. 2:25-cv-00500-MMD-NJK

**Order**

[Docket No. 122]

Pending before the Court is a stipulation to extend unexpired case management deadlines, which is the fourth request. Docket No. 122. There is good cause for the extension requested. Having said that, the Court is not inclined to allow additional extensions beyond this one. It is time for counsel to get discovery wrapped up, so they must take all reasonable steps to meet the deadlines as set forth herein.[1] With that caveat, the Court **GRANTS** the stipulation to extend. Case management deadlines are **RESET** as follows:

- Amend pleadings/ add parties: closed
- Initial experts: closed
- Rebuttal experts: closed
- Discovery cutoff: October 13, 2026
- Dispositive motions: November 16, 2026

[1] The Court notes reference to the existence of four related cases. Docket No. 122 at 8 & n.6. No notice of related cases has been filed in this case. Counsel must consult with Local Rule 42-1 to determine if a notice of related cases is required and, if it is, must comply with that rule.

- Joint proposed pretrial order: December 14, 2026, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: July 24, 2026

Nancy J. Koppe
United States Magistrate Judge